UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v, | ) | NO. 11-mj-02034 |
| | ) | |
| DARLA LYNN JONES. | ) | |

**MOTION TO DISMISS COMPLAINT**

The United States of America, by and through Jerry E. Martin, United States Attorney for the Middle District of Tennessee, and Braden H. Boucek, Assistant United States Attorney, and respectfully moves this Honorable Court to dismiss the complaint without prejudice.

Respectfully Submitted,

JERRY E. MARTIN
United States Attorney for the
Middle District of Tennessee

By: **s/ B. H. Boucek**
BRADEN H.BOUCEK
Assistant United States Attorney
110 9th Avenue South - Suite A-961
Nashville, Tennessee 37203-3870
Telephone: 615-736-5151